

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

———————————————

No. 02-26-00004-CV

———————————————

IN RE BRAD THOMAS, Relator

———————————————

Original Proceeding
481st District Court of Denton County, Texas
Trial Court No. 21-6160-367

———————————————

Before Womack, Kerr, and Walker, JJ.
Per Curiam Memorandum Opinion

**MEMORANDUM OPINION**

The court has considered relator's "Emergency Original Relator's Petition for Writ of Mandamus" and is of the opinion that relief should be denied. Accordingly, relator's "Emergency Original Relator's Petition for Writ of Mandamus" is denied.

Per Curiam

Delivered: January 5, 2026